JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>     Plaintiff,<br><br>  v.<br><br>M & A GABAEE, a California Limited Partnership;<br>SANCAM, INC., a California Corporation;<br>SYSTEM III, LLC, a California Limited Liability Company; and Does 1-10,<br><br>     Defendants, | Case: 2:15-CV-09040-AB-JPR<br><br>**[PROPOSED]** **ORDER** |

**ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: February 25, 2016

HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE

Order Dismissing Action                Case: 2:15-CV-09040-AB-JPR